COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| ROSAURA ARREOLA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JASON OROSCO MOLINAR, DECEASED, | § § § | No. 08-20-00133-CV Appeal from the |
| Appellant, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| UNION PACIFIC RAILROAD, HERBERT DIAZ AND BERT FREDRICK HARKNESS | § § | (TC # 2016DCV3664) |
| Appellees. | § | |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until March 4, 2021. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Craig T. Enoch, the Appellant's attorney, prepare the Appellant's Brief and forward the same to this Court on or before March 4, 2021.

IT IS SO ORDERED this 1st day of February, 2021.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.